UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    MISDEMEANOR INFORMATION

           - v. -                 :    08 Cr.

TERESA VUKDEDAJ,                  :
                                       **08 CRIM 552**
           Defendant.             :

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

On or about February 20, 2008, in the Southern District of New York, TERESA VUKDEDAJ, the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of official duties, to wit, VUKDEDAJ kicked and hit Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives while those agents were attempting to locate a fugitive at 3605 Olinville Avenue, Bronx, New York, and VUKDEDAJ bit another Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives while that agent was attempting to secure VUKDEDAJ in a law enforcement vehicle.

(Title 18, United States Code, Section 111(a).)

*Michael J. Garcia*
MICHAEL J. GARCIA


USDC SDNY
...MENT
...ICALLY FILED
JUN 1 8 2008
D... FILED: