# MATTHEW J. KLUGER
## ATTORNEY AT LAW



August 11, 2008



By Facsimile

Honorable Douglas F. Eaton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Teresa Vukdedaj**
      **08 Cr. 552 (DFE)**

Dear Magistrate Judge Eaton:

On July 9, 2008, Ms. Vukdedaj pled guilty before your Honor to a misdemeanor information charging her with simple assault. She is scheduled to be sentenced by your Honor on October 16, 2008 at 10:00 a.m. As a condition of her bail, Ms. Vukdedaj's travel was limited to the Southern and Eastern Districts of New York. This letter is written to respectfully request a bail modification to allow Ms. Vukdedaj to travel to Michigan to visit with her sister for two weeks.

Vukdedaj intends to depart for Michigan this Friday, August 15, 2008 and return home the day after Labor Day, September 2, 2008. She would be staying at the home of her sister, Vickie Gjelaj. Ms. Gjelaj's address is 13188 Florentine Drive, Utica, Michigan 48315. Her telephone number is (586) 246-9466.

Neither A.U.S.A. Mark Lanpher nor P.S.O. Dina Naftaliev have any objection to this request. Thank you.

*APPLICATION GRANTED*
*SO ORDERED*
[signature]
*USMJ 8-13-08*

Respectfully,

Matthew J. Kluger

cc:   A.U.S.A. Mark Lanpher
      P.S.O. Dina Naftaliev

---

903 SHERIDAN AVENUE, SECOND FLOOR • BRONX, NEW YORK 10451
PHONE: (718) 293-4900 • FAX: (718) 588-9599